## ATLANTIC COAST LINE RAILROAD CO. ET AL. v. BROTHERHOOD OF RAILWAY TRAINMEN ET AL.

No. 220.   Argued October 10, 1966.—Decided October 24, 1966.

*Paul A. Porter* and *Dennis G. Lyons* argued the cause for petitioners.   With them on the briefs were *Abe Krash* and *Daniel A. Rezneck.*

*Neal Rutledge* and *Allan Milledge* argued the cause for respondents.   With them on the brief was *Lester P. Schoene.*

PER CURIAM.

The judgment is affirmed by an equally divided Court.

MR. JUSTICE FORTAS took no part in the consideration or decision of this case.